1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12  JAMES SANFORD,                    Case No. CIV.S.04-2044 LKK GGH

13       Plaintiff,

14  v.

15  MANU JAISINGHANI & KAVITA         **STIPULATION FOR DISMISSAL AND**
    JAISINGHANI; CONFUCIUS CHURCH OF  **ORDER THEREON**
16  SACRAMENTO, et al.,

17       Defendants.
                                    /
18

1  TO THE COURT AND ALL PARTIES:

2  Pursuant to a Settlement Agreement and Release between plaintiff, JAMES
3  SANFORD, and defendants, MANU JAISINGHANI & KAVITA JAISINGHANI and
4  CONFUCIUS CHURCH OF SACRAMENTO, the parties hereby request that all parties be
5  dismissed with prejudice from the above-entitled action.

Dated: May 4, 2005                    LAW OFFICES OF LYNN HUBBARD, III

                                      ___./s/ Lynn Hubbard, III
                                      LYNN HUBBARD, III
                                      Attorney for Plaintiff

Dated: _____, 2005           LIVINGSTON & MATTESICH

                                      *Signature on File*
                                      KATHLEEN FINNERTY
                                      Attorney for Defendant MANU JAISINGHANI &
                                      KAVITA JAISINGHANI

Dated:_____, 2005            ROBINSON DILANDO & WHITAKER

                                      *Signature on File*
                                      SHAWNA KASHACK
                                      Attorney for Defendant CONFUCIUS CHURCH
                                      OF SACRAMENTO

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S04-2044 LKK GGH, is hereby dismissed with prejudice.

Dated: July 12, 2005.                 /s/Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT